In the Matter of BELA BORCSOK, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted May 2, 2011; decided June 23, 2011

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]).

In the Matter of CARRIE B., Appellant, v JOSEPHINE B., Respondent.

Decided June 23, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

In the Matter of GALE LEE DAVIS, Appellant, v CITY OF NEW YORK COMPTROLLER et al., Respondents.

Submitted May 2, 2011; decided June 23, 2011

Motion for leave to appeal dismissed upon the ground that the Court of Appeals does not have jurisdiction to entertain it (*see* NY Const, art VI, § 3 [b]; CPLR 5602).